Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN, APC**
3150 Montrose Ave.
La Crescenta, Ca. 91214
[818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiff Porshia Jones

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORSHIA JONES, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>TRANSUNION LLC, is a Corporation; EXPERIAN INFORMATION SOLUTIONS INC, is a Corporation; GLOBAL MOTORCARS OF HOUSTON, an unknown business entity; SKY RECOVERY SERVICES, is a business entity form unknown; CORELOGIC CREDCO LLC, a business entity, form unknown, and DOES 2-10, Inclusive,<br><br>Defendants. | Case No.: **CV 13-05525-MWF (CWx)**<br><br>**ORDER OF DIMISSAL WITH PREJUDICE OF DEFENDANT TRAN UNION LLC,** *ONLY* |

Plaintiff PORSHIA JONES has announced to the Court that all matters in controversy against Defendant TRAN UNION LLC, *Only*, have been resolved. A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

///

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff PORSHIA JONES against Defendant TRAN UNION LLC, *Only*, are in all respect dismissed with prejudice to the refilling of same, with Court costs to be paid by the party incurring same.

DATED this 3rd day of February 2014.

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE