Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**       NO JS-6
3150 Montrose Ave.
La Crescenta, Ca. 91214
[818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiff Porshia Jones

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORSHIA JONES, an Individual;<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>TRANSUNION LLC, is a Corporation; EXPERIAN INFORMATION SOLUTIONS INC, is a Corporation; GLOBAL MOTORCARS OF HOUSTON, an unknown business entity; SKY RECOVERY SERVICES, is a business entity form unknown; CORELOGIC CREDCO LLC, a business entity, form unknown, and DOES 2-10, Inclusive,<br><br>　　　Defendants. | Case No.: CV 13-05525-MWF (CWx)<br>Hon. Michael W. Fitzgerld<br>Courtroom: 1600<br><br>**ORDER RE: REQUEST FOR DISMISSAL AS TO THE FIRST CAUSE OF ACTION AGAINST CORELOGIC CREDCO LLC, WITHOUT PREJUDICE** |

GOOD CAUSE APPEARING:

　　The Court hereby dismisses the First Cause of Action, without prejudice, as to Defendant Corelogic Credco LLC, **only**.

Dated: April 21, 2014

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

---

1

[PROPOSED] ORDER RE: REQUEST FOR DISMISSAL