Robert F. Brennan, Esq. [S.B. #132449]
**LAW OFFICES OF ROBERT F. BRENNAN AP.C.**
3150 Montrose Ave.
La Crescenta, Ca. 91214

[818] 249-5291
FAX [818] 249-4329
Email: rbrennan@brennanlaw.com

Attorney for: Plaintiff Porshia Jones

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORSHIA JONES, an Individual;<br><br>    Plaintiff,<br><br>vs.<br><br>TRANSUNION LLC, is a Corporation; EXPERIAN INFORMATION SOLUTIONS INC, is a Corporation; GLOBAL MOTORCARS OF HOUSTON, an unknown business entity; SKY RECOVERY SERVICES, is a business entity form unknown; CORELOGIC CREDCO LLC, a business entity, form unknown, and DOES 2-10, Inclusive,<br><br>    Defendants. | Case No.:CV13-5525 MWF<br>Hon. Michael W. Fitzgerald<br>Courtroom: 1600<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT AND ALL INTERESTED PARTIES, PLEASE TAKE NOTICE that the Plaintiff has settled with Defendant Sky Recovery Services and are in the process of completing the settlement terms and will be filing stipulations of dismissal and (proposed) orders of dismissal as to Sky Recovery Services.

Plaintiff estimates that stipulation of dismissal and [proposed] orders of dismissal as to Sky Recovery Services should be completed within three weeks. Plaintiff requests that the court vacate existing dates and set an Order to Show

1 | Cause re: dismissal.

2 | Dated: July 14, 2014       **LAW OFFICES OF ROBERT F. BRENNAN, A P.C.**

By: _____
Robert F. Brennan
Attorney for Plaintiff
Porshia Jones

## PROOF OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3150 Montrose Avenue, La Crescenta, CA 91214.

On **July 14, 2014,** I served the foregoing documents described as **NOTICE OF SETTLEMENT** on parties in this action,

[ X ] By ECF: On this date, I electronically filed the document(s) with the Clerk of the Court using CM/ECF system, which sent electronic notification of such filing to the following:

Peter Todd Snow
O'Melveny & Myers LLP
2765 Sand Hill Road
Menlo Park, CA 94025
650-473-2600
650-473-2601 (fax)
psnow@ficlaw.com

Donald E. Bradley
MUSICK PEELER AND GARRETT LLP
650 Town Center Drive Ste 1200
Costa Mesa CA 92626-1925
Tel: 714-668-2400
Fax: 714-668-2490
Email: d.bradley@mpglaw.com

Nilab N. Rahyar
JONES DAY
3161 Michelson Drive Ste. 800
Irvine CA 92612-4408
Tel: 949-851-3939
Fax: 949-553-7539
Email: nnrahyar@jonesday.com

Philip Olu Falese
LAW OFFICES OF PHILIP FALESE
6100 Center Drive Ste. 1200
Los Angeles CA 90045
Tel: 310-568-8500
Cell: 310.600.8462
Fax: 310-600-8462

SCHLICHTER & SHONACK LLP
Kurt A. Schlichter
Steven C. Shonack
Jamie L. Keeton
3601 Aviation Blvd. Ste. 2700
Manhattan Beach CA 90266
Tel: 310-643-0111
Fax: 310-643-1638
Email: kas@sandsattorneys.com
scs@sandsattorneys.com
jlk@sandsattorneys.com

    [ ] *I deposited such envelope in the mail at La Crescenta, California. The envelope was mailed with postage thereon fully prepaid.

    [X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on **July 14, 2014**, at La Crescenta, California.

                                           Isabel Grubbs