Robert F. Brennan, Esq. [S.B. #132449]
Law Offices of Robert F. Brennan, APC
3150 Montrose Ave.
La Crescenta, CA 91214
Tel. (818) 249-5291
Fax: (818) 249-4329

**JS-6**

Attorney for Plaintiff
Porshia Jones

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORSHIA JONES,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CORELOGIC CREDCO, LLC, DOES 2-10 inclusive, GLOBAL MOTORCARS OF HOUSTON, TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and SKY RECOVERY SERVICES,<br><br>　　　　Defendants. | Case No. 2:13-cv-05525 MWF (CWx)<br><br>Hon. Michael W. Fitzgerald<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT SKY RECOVERY SERVICES, *ONLY* |

　　　　Plaintiff Poshia Jones has announced to the Court that all matters in controversy against Defendant Sky Recovery Services ("SKY"), only, have been resolved.

　　　　A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Porshia Jones against Defendant SKY, only, are in all respects dismissed with prejudice.

DATED this 22nd day of July 2014.

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE