1  Robert F. Brennan, Esq. [S.B. #132449]
   Law Offices of Robert F. Brennan, APC
2  3150 Montrose Ave.
   La Crescenta, CA 91214
3  Tel. (818) 249-5291
   Fax: (818) 249-4329
4

5  Attorney for Plaintiff
   Porshia Jones
6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 PORSHIA JONES,                    ) Case No. 2:13-cv-5525 MWF (CWx)
                                     )
12         Plaintiff,                )
                                     ) STIPULATION OF DISMISSAL
13 v.                                ) WITH PREJUDICE OF DEFENDANT
                                     ) EXPERIAN INFORMATION
14 CORELOGIC CREDCO, LLC, DOES       ) SOLUTIONS, INC., AND OF THE
   2-10 inclusive, GLOBAL            ) ENTIRE CASE WITH PREJUDICE
15 MOTORCARS OF HOUSTON,             )
   TRANSUNION, LLC, EXPERIAN         )
16 INFORMATION SOLUTIONS, INC.       )
   and SKY RECOVERY SERVICES,        )
17                                   )
           Defendants.               )
18                                   )
                                     )
19                                   )
                                     )
20                                   )

21
        Plaintiff Porshia Jones and Defendant Experian Information Services
22
   ("EXPERIAN") have entered into a settlement and pursuant to that settlement
23
   stipulate as follows:
24
        1. Upon approval by the Court, Plaintiff Porshia Jones stipulates to dismiss
25
   all claims against Defendant EXPERIAN;
26
        2. This stipulation for dismissal is with prejudice;
27
        3. Each party to pay their own incurred costs.
28

---

Stipulation of Dismissal With Prejudice of Experian and the Entire Case

4. Since there are no remaining defendants in this case, Plaintiff Porshia Jones stipulates to dismiss the entire case with prejudice.

Dated: Aug 1, 2014          Law Offices of Robert F. Brennan, APC

By: *Robert F. Brennan*
Robert F. Brennan, Esq.
Attorneys for Plaintiff
Porshia Jones

Dated: Aug 1, 2014          JONES DAY

By: *Nilab Rahyar*
Nilab N. Rahyar, Esq.
Attorneys for Experian Information Solutions, Inc.

## PROOF OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3150 Montrose Avenue, La Crescenta, CA 91214.

On **August 4, 2014**, I served the foregoing documents described as **STIPULATION OF DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., AND THE ENTIRE CASE WITH PREJUDICE** on parties in this action,

[ X ] By ECF: On this date, I electronically filed the document(s) with the Clerk of the Court using CM/ECF system, which sent electronic notification of such filing to the following:

Peter Todd Snow
O'Melveny & Myers LLP
2765 Sand Hill Road
Menlo Park, CA 94025
650-473-2600
650-473-2601 (fax)
psnow@ficlaw.com

Donald E. Bradley
MUSICK PEELER AND GARRETT LLP
650 Town Center Drive Ste 1200
Costa Mesa CA 92626-1925
Tel: 714-668-2400
Fax: 714-668-2490
Email: d.bradley@mpglaw.com

Nilab N. Rahyar
JONES DAY
3161 Michelson Drive Ste. 800
Irvine CA 92612-4408
Tel: 949-851-3939
Fax: 949-553-7539
Email: nnrahyar@jonesday.com

Philip Olu Falese
LAW OFFICES OF PHILIP FALESE
6100 Center Drive Ste. 1200
Los Angeles CA 90045
Tel: 310-568-8500
Cell: 310.600.8462
Fax: 310-600-8462

SCHLICHTER & SHONACK LLP
Kurt A. Schlichter
Steven C. Shonack
Jamie L. Keeton
3601 Aviation Blvd. Ste. 2700
Manhattan Beach CA 90266
Tel: 310-643-0111
Fax: 310-643-1638
Email: kas@sandsattorneys.com
scs@sandsattorneys.com
jlk@sandsattorneys.com

    [ ] *I deposited such envelope in the mail at La Crescenta, California. The envelope was mailed with postage thereon fully prepaid.

    [X] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

    Executed on **August 4, 2014**, at La Crescenta, California.

    _____
    Isabel Grubbs