Robert F. Brennan, Esq. [S.B. #132449]
Law Offices of Robert F. Brennan, APC
3150 Montrose Ave.
La Crescenta, CA 91214
Tel. (818) 249-5291
Fax: (818) 249-4329

Attorney for Plaintiff
Porshia Jones

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORSHIA JONES,<br><br>            Plaintiff,<br><br>v.<br><br>CORELOGIC CREDCO, LLC, DOES 2-10 inclusive, GLOBAL MOTORCARS OF HOUSTON, TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC. and SKY RECOVERY SERVICES,<br><br>            Defendants. | Case No. 2:13-cv-05525 MWF (CWx)<br><br>Hon. Michael W. Fitzgerald<br><br>ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC., AND OF THE ENTIRE CASE WITH PREJUDICE |

   Plaintiff Porshia Jones has announced to the Court that all matters in controversy against Defendant Experian Information Solutions, Inc., ("EXPERIAN") have been resolved.

   A Stipulation of Dismissal with Prejudice has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice, the Court makes and delivers the following ruling:

---

1

ORDER re: Stipulation of Dismissal With Prejudice of Entire Case


IT IS ORDERED that the claims and causes of action asserted herein by Plaintiff Porshia Jones against Defendant Experian are in all respects dismissed with prejudice; and, since there are no remaining defendants, that the entire case be dismissed with prejudice.

DATED this 4th day of August 2014.

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE